UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

MARY FRANCIS SMILEY                       Case No. 05-87835
                                                       Chapter 7
                      Debtor.                      Judge Thomas J. Tucker
_____/

## ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEES

On March 29, 2006, a hearing was held on an order to show cause why this case should not be dismissed for debtor's failure to pay filing fee. The debtor failed to appear at the hearing; and upon review of the court file, it appears that the filing fee has not been paid in full as of this date.

Accordingly, IT IS HEREBY ORDERED that this case is DISMISSED.

**Entered: March 29, 2006**

                                                       /s/ Thomas J. Tucker
                                                       **Thomas J. Tucker**
                                                       **United States Bankruptcy Judge**