Form ntcdsm1

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **05−87835−tjt**
Chapter: 7

In Re: (NAME OF DEBTOR(S))
  Mary Frances Smiley
  aka Mary Frances Reed
  277 Wordsworth Street
  Ferndale, MI 48220

Social Security No.:
  xxx−xx−8465

Employer's Tax I.D. No.:

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that on **3/29/06** , an order dismissing the above entitled case was entered. Accordingly, the automatic stay is lifted.

Dated: 3/30/06

BY THE COURT

Sheila M. Tighe , Clerk of Court
UNITED STATES BANKRUPTCY COURT